04 MISC. 54

TARAESA L. WHEARY, Clerk of the Circuit Court, Racine County, State of Wisconsin, does hereby certify that this document is a true and correct copy of the original on file and of record in my office.

Dated: 4/22/04

TARAESA L. WHEARY, CLERK OF CIRCUIT COURT

By _____, Deputy

STATE OF WISCONSIN  CIRCUIT COURT

'04 AUG -2 P4:31

SOFRON B. NEDILSKY
CLERK

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY
1200 North Seventh Street
Harrisburg, PA 17102-1444

    Plaintiff,

v.

Case No. 01-CV-2011
Case Code 30301

HELEN L. CEASER
2106 Blake Avenue
Racine, WI 53404

    Defendant.

---

## STIPULATION, ORDER FOR JUDGMENT AND JUDGMENT

NOW IT IS HEREBY STIPULATED between Pennsylvania Higher Education Assistance Agency by its counsel, Kevin M. Long and Quarles & Brady LLP and defendant Helen Ceasar that the Defendant Helen Ceasar is indebted to the plaintiff PHEAA in the amounts alleged in the complaint, that plaintiff PHEAA is entitled to take judgment against Defendant Helen Ceaser and accordingly that PHEAA shall take judgment against Ms. Ceasar in the amount of $123,495.03, plus $2,373.60 in interest (120 days x $19.78/day), plus $239.00 in costs and $836.00 in attorneys' fees, for a total judgment of $126,943.63.

IT IS STIPULATED AND AGREED this ___ day of April, 2002.

_____
Helen Ceasar

QBMKE\5217140.1

IT IS STIPULATED AND AGREED this 22 day of April, 2002.

Pennsylvania Higher Education Assistance Agency

Jeffrey O. Davis, Esq.
State Bar No. 1011425
Kevin M. Long, Esq.
State Bar No. 1018128
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, WI 53202-4497
Attorneys for Plaintiff

## ORDER FOR JUDGMENT AND JUDGMENT

Upon the foregoing, it is ordered that plaintiff, Pennsylvania Higher Education Assistance Agency is entitled to judgment against defendant Helen Ceasar in the amount of $126,943.63 and that judgment shall be entered in that amount.

IT IS NOW HEREBY ADJUDGED AND DECREED that Pennsylvania Higher Education Assistance Agency takes judgment against Helen Ceasar in the amount of $126,943.63.

Dated this 30 day of April 2002.

FILE & DOCKETED
DATE 4-30-02
CLERK OF COURTS
RACINE COUNTY
deputy

Honorable Dennis J. Barry
Circuit Court Judge

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing the Pennsylvania Higher Education Assistance Agency (assignor), 1200 North Seventh Street, City of Harrisburg, Commonwealth of Pennsylvania, in consideration of the sum of $126,943.63, receipt of which is acknowledged, paid to the Pennsylvania Higher Education Assistance Agency by the United States of America (assignee) hereby assign to assignee the Judgment recovered by assignor on April 8, 2002, docketed in the Circuit Court of Racine County, Wisconsin, Case No. 01-CV-2011, against **Helen L. Ceaser** for $117,948.86 in principal, $7,851.64 in interest, plus fees, costs, and attorney's fees in the amount of $1,143.13.

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for the recovery of the money due or to become due to this Judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the Judgment.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, Pennsylvania 17102 this 10th day of May, 2002.

*Patricia Walton*
Patricia Walton