UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                Case No. 04-MISC-54

HELEN L. CEASER
(AKA: HELEN L. ROSE),

    Defendant.

---

## ORDER APPROVING JUDGMENT LIEN RENEWAL

---

    Based on the United States of America's Motion and Memorandum in Support, and good cause appearing therefore,

    THE COURT HEREBY APPROVES the renewal of the United States of America's judgment lien against Helen L. Ceaser (aka: Helen L. Rose) in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. § 3201.

    SO ORDERED this 1st day of July, 2024.

                                                      /s/ Lynn Adelman
                                                      LYNN ADELMAN
                                                      U.S. DISTRICT COURT JUDGE